| | |
|---|---|
| Distributor: | _____ |
| Name: | _____ |
| Email: | _____ |
| Cell: | _____ |

Customer Information

PROVIDER NAME: __Elizabeth Breedlove_____    Tax ID #: __264335838_____

PRACTICE NAME: __Breedlove Family Practice & Aestetics_____

SHIP TO ADDRESS: __810 N Hill St. Ste 2_____ City __Tatum_____ State _TX_ Zip _75691____

CONTACT NAME: __Elizabeth Breedlove or Jenna Stewart_____

_____ CONTACT PHONE: __903-947-2020_____

_____ TELEPHONE: __903-947-2020____

_____ FAX: __903-352-3665____

_____

EMAIL: __breedlovefamilypractice@yahoo.com_____

HOW DO YOU BILL?    Individual NPI #: __1982844213_____    Group NPI #: __1356740054__

BILL TO ADDRESS: __PO Box 1129_____ City __Tatum_____ State _TX_ Zip __75691____

AP CONTACT NAME: __Elizabeth Breedlove or Jenna Stewart_____

_____ AP PHONE: __903-947-2020_____

_____

AP EMAIL: __breedlovefamilypractice@yahoo.com_____

| CLAIMS PROCESSOR INFORMATION | | |
|---|---|---|
| CONTACT NAME: | EMAIL: | TELEPHONE: |

**EXHIBIT 1**

This Agreement (the "Agreement") is entered into as of this_____ day of_____ , 20 (the "Effective Date") between Applied Biologics and

Provider Name:        Elizabeth Breedlove

Office Address:        810 N Hill St. Ste 2

                     Tatum, TX 75691

("Customer").

Background

The Customer wishes to purchase, and Applied Biologics has agreed to sell to Customer, human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. Product Prices. Product mean the human cell and tissue products offered by Applied Biologics as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. Insurance Verification. Applied Biologics shall make available an insurance verification request process to conduct eligibility determinations and prior authorization as a value-added service to be included in the purchase of product.

3. Customers shall transmit to Applied Biologics, or their distributor, a signed purchase order for requested product. Alternatively, the Customer may transmit an order by other communications with Applied Biologics customer service team but must formally accept an estimate or quote prior to shipping.

4. Product Usage. After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Applied Biologics acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. Good Standing Qualification. For an account to remain in good standing with Applied Biologics, prompt payment is expected. Applied will not ship product to accounts that have 45-day delinquency rates exceeding 40 %.

6. Invoices shall be sent accompanying each product delivered to the customer. The terms of payment are net 30 from the anticipated delivery date.

7. Miscellaneous. This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Arizona law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

Applied Biologics

Staff Signature: _____

Staff Name (printed):_____

Customer

Customer Signature: *EBreedure, JaP-C*

Customer Name (printed): *Elizabeth Breedure Fr*

Schedule A

Products and Prices

|  | Part Number | Description | List Price |
|---|---|---|---|
| XWRAP | XWO-60202 | XWrap 2x2cm (Q4204) | $11,280 |
|  | XWO-60404 | XWrap 4x4cm (Q4204) | $45,120 |
|  | XWO-60408 | XWrap 4x8cm (Q4204) | $90,240 |

Shipping Costs:
Shipping costs will be passed on to the customer at cost.