# EXHIBIT 1



# Full-Time, All-Inclusive Services

## CUSTOMIZED SOLUTIONS

# Unmatched Expertise

Shaped by industry best practices, our services are developed for your specific resources and organization. RMBB's team of experts ensure you meet your deadlines, allowing you to focus on delivering the best patient care.

Health Policy

Peer to Peer Review Coordination

Consulting Hours

Fee Schedule Analysis & Product Reimbursement Review

Credentialing

Reimbursement Education

Specialized Billing Services

Pre-Determination & Prior Authorization Initiation and Tracking

MAC Audit Project

Insurance Verification



## Health Policy

### Latest insights on health policies

RMBB Health brings deep industry knowledge, staying ahead of of the latest policies that affect your operations. Our strategic partnership helps you align your specific needs and goals, ensuring your organization meets the latest standards and regulations.

## Peer To Peer Review Coordination

### Medical clarity for reduced claim denials

Prevent revenue loss and reduce claim denials with P2P review for medical clarity. Our team of experts will evaluate your processes and work with you to reduce clinical bias, review policy improvement and reform, and improve clinical peer review.

## Consulting Hours

### Expert advice from seasoned professionals

Our expert team is available to provide solutions and advice to improve your practice. We can help identify the best cost savings, improve efficiency, and the best ways to optimize your practice.

## Fee Schedule Analysis & Product Reimbursement Review

### Regular reviews to raise earning potential



line.

# Credentialing

Eliminate disruptions with efficient credentialing

Credentialing and recredentialing takes time and effort that you could be spending with your patients. RMBB Health can manage your CAQH updates, provide document requests to insurance companies, and apply for new credentials as needed.

# Reimbursement Education

Detailed insights and real-time updates

Our deep understanding of the revenue cycle will help you reduce errors, eliminate unpaid line items, and improve accurate reporting. Our services will guide you through the full revenue cycle of medical billing and reimbursement.

# Specialized Billing Services

Improving your financial stability

RMBB Health understands the complexities of the health care system, eliminating revenue loss through accurate coding, efficient processing, payment analysis, and timely follow-ups. Our billing services can manage the full billing cycle, allowing you to focus your efforts on your patients.



Our services can track the pre-determination & prior authorization process from start-to-finish, to reduce delays and denial rates. These processes can be time-consuming; tracking authorizations and payments, submitting additional paperwork, and maintaining timely communication.

# MAC Audit Project
Support and protection in the audit process

Medicare Administrative Contractor (MAC) audits don't have to be a huge disruption to your practice. RMBB Health's specialized team can conduct internal reviews to identify possible compliance issues, and develop comprehensive action plans if an audit finds compliance issues.

# Insurance Verification
Accurate claim submission for faster payments

Our insurance verification team ensures policy information is accurate and valid and critical details are confirmed. We ensure claims are submitted in a timely fashion so you can focus on your patients care.

# Claims Assistance Follow-Up And Tracking
Minimize errors and delays



# Denial & Appeals Support

Accurate tracking for faster turnaround times

One of the challenges in healthcare are denials in the claim process, affecting your companies bottom line. Our team will execute a thorough examination of the denial and formulate an appeal.

---

© 2026 RMBB Health. All rights reserved.

HOME    SERVICES    ABOUT US    CONTACT US