# EXHIBIT 3

# CIVIL INVESTIGATIVE DEMAND

# United States Department of Justice
## United States Attorney's Office for the Western District of Kentucky

TO:  TruCare Health Clinic, LLC                                    Civil Investigative
c/o Registered Agent Mishayla Brewer                    Demand No. CID 26-0011
2675 41st Street SE, Suite 103
Paris, TX 75462

This Civil Investigative Demand is issued under the False Claims Act, 31 U.S.C. §§ 3729-3733, during a False Claims Act (FCA) investigation to determine whether there is or has been a violation of 31 U.S.C. §3729. The investigation concerns allegations that Applied Biologics, LLC caused the submission of false claims.

This Demand requires you to provide documents to the United States Government. This is the original of the Demand; no copies of this Demand have been served on other parties. The documents provided in response to this Demand may be shared, used, and disclosed as provided by 31 U.S.C. § 3733.

**DOCUMENT REQUEST:**

You are required by this Demand to produce all documents in your possession, custody, or control that are responsive to the document requests set forth in **Attachments A and B.**

You must make this material available to Assistant United States Attorneys (AUSAs) Matt Weyand and Jessica R.C. Malloy, who have been designated as FCA custodians in this case. If you have any questions, AUSA Weyand may be contacted at 502-574-3800 and matt.weyand@usdoj.gov and AUSA Malloy may be contacted at 502-779-2765 and jessica.malloy@usdoj.gov. These documents shall be produced to AUSAs Weyand and Malloy, no later than thirty (30) days from your receipt of this Demand, at the United States Attorney's Office for the Western District of Kentucky, 717 West Broadway, Louisville, KY 40202, or at another time or location to be mutually agreed upon by you and AUSAs Weyand and Malloy. The production of documentary material in response to this Demand must be made under a sworn certificate in the form printed in this Demand.

Issued at Louisville, Kentucky, this **3** day of **February 2026.**

KYLE G. BUMGARNER
United States Attorney
Western District of Kentucky

# FORM OF CERTIFICATE OF COMPLIANCE[1]

I have responsibility for producing the documents requested in Civil Investigative Demand No. 26-0011. I hereby certify that all the materials required by that Civil Investigative Demand which are in the possession, custody, or control of the Company to whom the Demand is directed have been submitted to a custodian named therein.

If any such material has not been produced because of a lawful objection, the objection to the document request and the reasons for the objection have been stated.

Signature —————————————

Title      —————————————

SWORN TO before me this _____ day of
_____, 2026

_____
NOTARY PUBLIC

---

[1] In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

2

## VERIFIED SERVICE

I, Jessica Walters, an employee of the United States working under the direction and supervision of Assistant United States Attorneys Matt Weyand and Jessica R.C. Malloy, in connection with a False Claims Act investigation, hereby certify that on the __5__ day of February 2026, I sent Civil Investigative Demand No. 26-0011 (with attachments) by mailing the signed original of the Demand by certified United States Mail, return receipt requested, to the following:

Mishayla Brewer, Registered Agent for
TruCare Health Clinic, LLC
2675 41st Street SE, Suite 103
Paris, TX 75462

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this __5__ day of February 2026.

_Jessica Walters_
Jessica Walters
Paralegal

3

## ATTACHMENT A TO CIVIL INVESTIGATIVE DEMAND NO. 26-0011

### A.    DEFINITIONS

1.    The terms "You" or "Your" means TruCare Health Clinic, LLC with a principal place of business at 2675 41st Street SE, Suite 103, Paris, TX 75462 and any and all predecessors, successors, affiliates, subsidiaries, parent companies, branches, divisions, offices, units, and Employees.

2.    "Document" and "Documents" is used in the broadest sense permitted by Federal Rule of Civil Procedure 26(b), 34(a), and 45(a) and includes, but is not limited to, any hard copy or electronically stored information.

3.    "Communication" is used in the broadest sense permitted by Federal Rule of Civil Procedure 26(b), 34(a), and 45(a) and means any transmission or exchange of information orally or in writing and includes, but is not limited to, Text Message Conversations and emails.

4.    "Text Message Conversations" means electronic communications (other than emails) that can or do contain text, regardless of the format of the communications, the application or platform used to send or receive the communications, and whether the communications are immediately retrievable or retrievable only via a forensic extraction. "Text Message Conversations" include those transmitted or received through communications platforms (*e.g.*, Microsoft Teams, Skype, etc.) and phones, computers, and other electronic devices.

5.    "Employee" shall mean any person including, but not limited to, an employee, volunteer, independent contractor or agent, all past and present directors, officers, agents, representatives, accountants, advisors, and consultants.

6.    "Skin Substitute Records" means Documents related to Your purchase or acquisition of XWrap including, but not limited to, contracts and/or purchase agreements, order forms, invoices reflecting list prices, invoices reflecting rebates/discounts, receipts, claims for payment (*i.e.*, CMS 1500 forms), purchase ledgers, and rebate/discount agreements.

7.    "Skin Substitute Vendors" means Employees of Applied Biologics, LLC and any other individuals who or entities that marketed, distributed, or sold XWrap to You.

8.    "Relating to," "related to," and "regarding" mean consisting of, concerning, referring to, reflecting, supporting, evidencing, prepared in connection with, used in preparation for, or being in any way legally, logically, or factually connected to the matter discussed.

9.    The terms "and" and "or" shall be construed conjunctively or disjunctively, so as to make each particular request inclusive rather than exclusive.

10.    The terms "any" and "all" shall be construed conjunctively or disjunctively, so as to make each particular request inclusive rather than exclusive.

4

11.    The singular and plural forms of any word shall be construed interchangeably so as to bring within the scope of this Demand any document which might otherwise be construed as outside its scope.

5

## B.    GENERAL INSTRUCTIONS

1.    Relevant Time Period: Unless otherwise stated in any specific request below, the relevant time period for each request is January 1, 2023, through the date of service of this Demand.

2.    This Demand is continuing in nature. If You become aware of or acquire possession, custody, or control of additional Documents that are responsive to this Demand, You shall promptly produce such additional Documents.

3.    This Demand applies to all Documents in Your possession, custody, or control regardless of their location and regardless of whether such Documents or information are held by Your current or former Employees and contractors, including, but not limited to, in-house IT specialists and technicians and IT specialists and technicians to whom digital services have been out-sourced.

4.    All Documents produced under this Demand shall be organized in such a manner that all Documents relating to a particular request are grouped together and identified as being responsive to that request.

5.    If any Document which is otherwise responsive to this Demand is not disclosed because of a claim of privilege or other objection, You shall identify such Documents on a Privilege Log. The Privilege Log shall be produced in Excel or Word format and include the following information:

(a)    the basis for the assertion of the privilege or objection;

(b)    the type of Document (e.g., letter, memorandum, email, etc.);

(c)    the name and title of the author (and if different, the preparer and signatory);

(d)    the name(s) and title(s) of the individual(s) to whom the Document was addressed;

(e)    the name(s) and title(s) of the individuals to whom the Document or a copy of the Document was sent or to whom the Document or a copy, or any part thereof, was shown;

(f)    the date of the Document;

(g)    number of pages;

(h)    a general description of the subject matter; and

(i)    the Request(s) to which the Document is responsive.

6

6.      When a requested Document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible. If a privilege is asserted regarding a part of the material contained in a Document, You must clearly indicate the portions as to which the privilege is claimed. When a Document is redacted or altered in any fashion, identify as to each Document the reason for the redaction or alteration, the date of the redaction or alteration, and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted Document.

7.      If any Document otherwise responsive to this Demand is not produced because it was lost, destroyed, or discarded, provide the following information regarding the Document:

(a)    identify the Document by type, date, and title;

(b)    identify the person who last had custody or control over the Document;

(c)    state the date on which the Document was destroyed or was discovered to have been lost;

(d)    if the Document was destroyed, state why it was destroyed and identify the person(s) who destroyed it;

(e)    if the Document was lost, describe the circumstances in which its loss was discovered, state the date that it was last seen or otherwise accounted for, and identify the person(s) who discovered its loss and who last saw or otherwise accounted for it;

(f)    identify all persons who have knowledge pertaining to the destruction or loss of the Document, giving a concise but complete statement of the knowledge You claim each such person has;

(g)    identify all persons who have knowledge of the contents of each lost or destroyed Document, giving a concise but complete statement of the knowledge You claim each such person has; and

(h)    produce all existing indices, lists, or other Documents in Your possession, custody, or control that reflect the existence of such lost or destroyed Documents, and/or their transfer or destruction.

8.      If no Documents exist that are responsive to a specific Document Request, a written statement to that effect shall be provided at the time of production.

9.      To the extent that Documents responsive to this Demand are in the possession, custody, or control of third parties, this Demand requires a statement to that effect at the time of production, specifically providing the name, address, telephone number and principal contact of the third party, and shall further identify those Documents in said third party's possession.

10.     Please produce imaged hard copy and electronic Documents according to *Attachment C, Specifications for Production of Electronically Stored Information and Digitized Images*.

7

**ATTACHMENT B**
**DOCUMENT REQUESTS**

1. Skin Substitute Records You received from or sent to Skin Substitute Vendors.

2. Your Communications and Text Message Conversations with Skin Substitute Vendors.

8

## ATTACHMENT C TO CIVIL INVESTIGATIVE DEMAND NO. 26-0011

**Collection of Electronically Stored Information (ESI)**
Careful consideration should be given to the methodology, implementation and documentation of ESI collection to ensure that all responsive data and metadata are preserved in the collection process.

1.  **Specification Modifications**
    Any modifications or deviations from the Production Specifications may be done only with the express, written permission of the government. Any questions about these production specifications should be raised with the government prior to the first production.

2.  **Production Format of ESI and Imaged Hard Copy**
    Responsive ESI and imaged hard copy shall be produced in the format outlined below. All ESI, <u>except</u> for spreadsheets and presentation files (e.g. Excel, PowerPoint) <u>and</u> those forms listed below in section 7, shall be rendered to TIFF image format, and accompanied by an Image Cross Reference file. All applicable metadata/database fields (see section 3 below) shall be extracted and provided in a Concordance®/Relativity compatible ".dat" load file format.

    a)  **Image File Format:** All images, paper documents scanned to images, or rendered ESI, shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). Images should be uniquely and sequentially Bates numbered and unless otherwise specified, Bates numbers should be an endorsement on each image.
        1)  All TIFF file names shall include the unique Bates number burned into the image.
        2)  Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page
            -   If this is the **first** production, Bates numbering shall begin with a prefix (if necessary) and the leading zeroes in the number and the number one (1) through the end of the production. (Example: ABC-000001, ABC-000002, ABC-000003, etc.)
            -   If this is a **subsequent** production, Bates numbering shall continue with the next consecutive number from the previous production.
        3)  All TIFF image files shall be stored with the ".tif" extension.
        4)  Images shall be OCR'd using standard COTS products.
            a)  An exception report shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the DOCID or Bates number(s) corresponding to each such image.
        5)  All pages of a document or all pages of a collection of documents that comprise a folder or other logical grouping, including a box, shall be delivered on a single piece of media.
        6)  No image folder shall contain more than 2000 images.

    b)  **Image Cross Reference file:** Images should be accompanied by Image Cross Reference file (i.e. .opt and or .lfp) that associates each Bates number with its corresponding single-page TIFF image file. The Cross Reference file should also contain the image file path for each Bates numbered page.
        Image Cross Reference Sample Format:
        IM,ABC-000001, Vol001, D:\DatabaseName\Images\001\ABC000001.tif,Y,,,1
        IM,ABC-000002, Vol001, D:\DatabaseName\Images\001\ABC000002.tif,Y,,,1
        Or
        IM,ABC-000001 ,D,0,@VOL001;D:\DatabaseName\Images\001;ABC000001.TIF;2,0
        IM,ABC-000002 ,D,0,@VOL001;D:\DatabaseName\Images\001;ABC000002.TIF;2,0

c) **Load File:** Images should also be accompanied by a "text load file" containing delimited text that will populate fields in a searchable, flat database environment. The file should contain the required fields listed below in section 3.

    1) Text delimited load files are defined using the following delimiters:

| | |
|---|---|
| *Field Separator* | ¶ *or Code 020* |
| *Text Qualifier* | þ *or Code 254* |

    2) The text file should also contain hyperlinks to applicable native files, such as Microsoft Excel or PowerPoint files.

    3) There should be one line for every record in a collection.

    4) The load file must contain a field map/key listing the metadata/database fields in the order they appear within the data file. For example, if the data file consists of a First Page of a Record (starting Bates), Last Page of a Record (ending Bates), DOCID, DOCDate, File Name, and a Title, then the structure may appear as follows:

        þBEGDOCþ¶þENDDOCþ¶þDOCIDþ¶þDOCDATEþ¶þFILENAMEþ¶þTITLEþ

d) **The extracted/OCR text** for each document should be provided as a separate single text file. The file name should match the BEGDOC# or DOCID for that specific record and be accompanied by the .txt extension.

e) **Directory and folder structure:** The directory structure for productions should be:

    *\CaseName*\**LoadFiles**
    *\CaseName*\**Images** < For supporting images (can include subfolders as needed)
    *\CaseName*\**Natives** <Native Files location (can include subfolders as needed)
    *\CaseName*\**Text** <Extracted Text files location (can include subfolders as needed)

3. **Required Metadata/Database Fields**

A "✓" denotes that the indicated field should be present in the load file produced. "Other ESI" includes data types other than imaged hard copy materials (which should follow "Hard Copy" column) and email and email repositories (both of which should follow "Email" column). For example, "Other ESI" includes MS Office files (e.g. Excel, PowerPoint), WordPerfect files, and any files identified in section 7 below.

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| COLLECTION SOURCE | Name of the Company/Organization data was collected from | Text | 160 | ✓ | ✓ | ✓ |
| SOURCE ID (BOX#) | Submission/volume/box number | Text | 10 | ✓ | ✓ | ✓ |
| CUSTODIAN | Custodian(s)/Source(s) – format: Last, First or ABC Dept. | Text | 160 | ✓ | ✓ | ✓ |
| AUTHOR | Creator of the document | Text | 500 | | | ✓ |
| BEGDOC# | Start Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| ENDDOC# | End Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| DOCID | Unique document Bates # or populate with the same value as Start Bates (DOCID = BEGDOC#) | Text | 60 | ✓ | ✓ | ✓ |
| PGCOUNT | Page Count | Number | 10 | ✓ | ✓ | ✓ |
| GROUPID | Contains the Group Identifier for the family, in order to group e-mails with their attachments | Text | 60 | | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| PARENTID | Contains the Document Identifier of an attachment's parent | Text | 60 | | ✓ | ✓ |
| ATTACHIDS | Child document list; Child DOCID or Child Start Bates | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| ATTACHLIST | List of Attachment Bates numbers | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BEGATTACH | Start Bates number of first attachment | Text | 60 | ✓ | ✓ | ✓ |
| ENDATTACH | End Bates number of last attachment | Text | 60 | ✓ | ✓ | ✓ |
| PROPERTIES | Privilege notations, Redacted, Document Withheld Based On Privilege | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| RECORD TYPE | Use the following choices: Image, Loose E-mail, E-mail, E-Doc, Attachment, Hard Copy or Other. If using Other, please specify what type after Other | Text | 60 | ✓ | ✓ | ✓ |
| FROM | Author - format: Last name, First name, e-mail address | Text | 160 | | ✓ | ✓ |
| TO | Recipient- format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| CC | Carbon Copy Recipients - format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BCC | Blind Carbon Copy Recipients - format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| SUBJECT | Subject/Document Title | Text | Unlimited | | ✓ | ✓ |
| CONVINDEX | E-mail system ID used to track replies, forwards, etc. | Text | Unlimited | | ✓ | |
| DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent | Date | MM/DD/YYYY | | ✓ | ✓ |
| TEXT FILEPATH | Relative file path of the text file associated with either the extracted text or the OCR | Text | Unlimited | ✓ | ✓ | ✓ |
| DATE TIME SENT | Date Sent (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| DATE TIME CRTD | Date Created (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME SVD | Date Saved (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME MOD | Date Last Modified (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME RCVD | Date Received (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |

11

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| DATE TIME ACCD | Date Accessed (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| FILE SIZE | Native File Size in bytes | Number | 10 | | | ✓ |
| FILE NAME | File name - name of file as it appeared in its original location | Text | Unlimited | | | ✓ |
| APPLICATION | Application used to create native file (e.g. Excel, Outlook, Word) | Text | 160 | | ✓ | ✓ |
| FILE EXTENSION | Extension for the file (e.g. .doc, .pdf, .wpd) | Text | 10 | | ✓ | ✓ |
| FILEPATH | Data's original source full folder path | Text | Unlimited | | ✓ | ✓ |
| NATIVE LINK | Relative file path location to the native file | Text | Unlimited | | ✓ | ✓ |
| FOLDER ID | Complete E-mail folder path (e.g. Inbox\Active) or Hard Copy container information (e.g. folder or binder name) | Text | Unlimited | ✓ | ✓ | ✓ |
| PARAGRAPH REQUEST NUMBER | Subpoena/request paragraph number to which the document is responsive. Use semi-colon to delimit multiple entries | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| MD5 HASH | MD5 Hash value (used for deduplication or other processing) (e-mail hash values must be run with the e-mail and all of its attachments) | Text | Unlimited | | ✓ | ✓ |
| MESSAGEHEADER | E-mail header.  Can contain IP address | Text | Unlimited | | ✓ | |
| ATTACHMCOUNT | Number of attachments (any level child document) associated with a ParentID | Text | 10 | | ✓ | |
| FILE TYPE | Identifies the application that created the type of file, not to be confused with file extension | Text | 160 | | ✓ | ✓ |
| COMMENTS | Identifies whether the document has comments associated with it | Text | 10 | | ✓ | ✓ |
| MESSAGE TYPE | Exchange Message class or equivalent | Text | 60 | | ✓ | |
| EXTENDED PROPERTIES | For PDFs Only | Text | 600 | | ✓ | ✓ |

4. **Imaged Hard Copy Records**

    a)  All imaged/scanned hard copy material shall reflect accurate document unitization including all attachments and container information (to be reflected in the PARENTID, ATTACHID, BEGATTACH, ENDATTACH and FOLDERID). Unitization in this context refers to identifying and marking the boundaries of documents within the collection, where a document is defined as the smallest physical fastened unit within a bundle (e.g., staples, paperclips, rubber bands, folders, or tabs in a binder). The first document in the collection represents the parent document and all other documents will represent the children.

12

b) All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image. Images identified as requiring color shall be produced as color 300 dpi single-page JPEG files.

c) All objective coding (e.g., document date or document author) should be discussed and produced to the government as additional metadata/database fields.

d) Image filenames must contain a bates number with an appropriate prefix, if necessary. (Example: ABC-000001).

e) Load file formats such as "LFP" and or "OPT" must be included.

5. **Common files to be produced in Native Format.** All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format). The file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata. No alteration shall be made to file names or extensions for responsive native electronic files.

a) **Production of Native Files (When Applicable Pursuant to These Specifications)** All native file productions shall have extracted metadata/database fields provided in a Concordance® load file format as defined in the field specifications for "Other ESI" as outlined in section 3.

6. **Search, De-Duplication, Near-Duplicate Identification, E-mail Conversation Threading and Other Culling Procedures**
De-duplication of exact copies <u>within</u> a custodian's data may be done, but all file paths and custodians must be provided for each duplicate document, in an exception report in .csv format. The recipient shall not use any other procedure to cull, filter, group, separate or de-duplicate, or near-de-duplicate, etc. (i.e., reduce the volume of) responsive material before discussing with and obtaining the written approval of the government. All objective coding (e.g., near duplicate ID or e-mail thread ID) shall be discussed and produced to the government as additional metadata fields. The recipient will not employ analytic software or technology to search identify, or review potentially responsive material, including but not limited to technology assisted review (TAR) or predictive coding, without first discussing with the government.

7. **The following data must be discussed with the government in advance of producing:**
   a) Hidden Text (e.g. track changes, hidden columns, mark-ups, notes)
   b) Embedded Files (e.g. Word documents, Excel spreadsheets, .wav files, etc.)
   c) Image-Only Files (e.g. image-only files (non-searchable .pdfs, multi-page TIFFs, Snipping Tool [and other] screenshots, etc., as well as all other images that contain text)
   d) Encrypted Files (e.g. protected by password or encryption key)
   e) Email Repositories (e.g. email databases (e.g., Outlook .PST, Lotus .NSF, etc.))
   f) Instant Messenger (IM), Voicemail Data, Audio Data, Video Data, etc.
   g) Social Media
   h) Structured Data (e.g., Oracle, SQL, MySQL, QuickBooks, etc.)
   i) Structured Data from Proprietary Applications (e.g., proprietary timekeeping, accounting, etc.)
   j) Photographs
   k) Images from which Text Cannot be OCR Converted
   l) Format of ESI from Non-PC or Non- Windows-based Systems (e.g., Apple, IBM mainframes, and UNIX machines, Android device, etc.)
   m) Native files

8. **Virus Protection and Security for Delivery of Production Data**
Production data shall be free of computer viruses. Any files found to include a virus shall be quarantined by the producing party and noted in a log to be provided to the government. Password protected or encrypted

13

files or media shall be provided with corresponding passwords and specific decryption instructions. No encryption software shall be used without the written consent of the government.

9. **Media Formats for Storage and Delivery of Production Data**
Electronic documents and data shall be delivered on any of the following media:
   a) CD-ROMs and/or DVD-R (+/-) formatted to ISO/IEC 13346 and Universal Disk Format 1.02 specifications, Blu-ray.
   b) External hard drives (USB 3.0 or higher, Firewire or eSATA, formatted to NTFS format specifications) or flash drives.
   c) Storage media used to deliver ESI shall be appropriate to the size of the data in the production.
   d) Media should be labeled with the case name, production date, Bates range, and producing party.

10. **Transmittal Letter to Accompany Deliverables.** All deliverables should be accompanied by a transmittal letter including the production date, case name and number, producing party name, and Bates number range produced.

11. **TECHNICAL CONTACT FOR THESE SPECS:**

Daniel Adam Sanders
Contract Paralegal
United States Attorney's Office
Western District of Kentucky
(502) 582-6641
Daniel.Sanders@usdoj.gov

14