# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| APPLIED BIOLOGICS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | CASE NO. 6:25-CV-00469 |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| ELIZABETH BREEDLOVE RN MSN | § | |
| FNP C PLLC d/b/a BREEDLOVE | § | |
| FAMILY PRACTICE and ELIZABETH | § | |
| BREEDLOVE, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| **v.** | § | |
| | § | |
| BIOWERX, LLC and PARADIGM | § | |
| MEDICAL SOLUTIONS, LLC. | § | |
| | § | |
| *Third-Party Defendants* | § | |

## DECLARATION OF THOMAS KING

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

My name is Thomas King. I am under no civil disabilities, and I am in all respects competent to make this Declaration. My date of birth is March 12, 1993, and I declare under penalty of perjury that I have personal knowledge of the facts stated herein and they are all true and correct.

1. It is my understanding Applied Biologics, LLC ("Applied") has filed the instant lawsuit against Elizabeth Breedlove RN MSN, FNP C PLLC d/b/a Breedlove Family Practice (the "Clinic") seeking payment of outstanding invoices for the purchase of a medical allograft product used in wound care called XWrap, which Applied manufactures ("XWrap Invoices").

2. On November 21, 2024, I received an e-mail invitation to join a Microsoft Teams Meeting from Jessica Cornejo, who was at the time a representative of BioWerX, LLC ("Biowerx"). A true and correct copy of this e-mail invitation is attached hereto as Exhibit A. I owned a medical laboratory that did some laboratory work on wound care patients, including blood testing and PCR testing.

3. I attended the November 21, 2024 Microsoft Teams Meeting ("Meeting"). Also at the Meeting were Edward Britt, representing Applied Biologics, LLC ("Applied"), Jessica Cornejo and Jacob Pollak, representing Biowerx, and Marc Breedlove, representing Breedlove Family Practice (the "Clinic").

4. The Clinic had done some business with Applied, but at the time of the Meeting, the Clinic was no longer doing any business or buying any products from Applied. Applied initiated the Meeting to get the Clinic's business back.

5. After listening to Applied's sales pitch and proposal that the Clinic resume doing business with Applied, Marc Breedlove ("Breedlove") stated that the reason the Clinic had not paid the XWrap Invoices was that the Clinic had not been reimbursed by Medicare on those claims. Applied verbally confirmed that it understood the Clinic's position that no payment was due to Applied until the Clinic was reimbursed by Medicare, and Applied verbally agreed that it was not expecting to get paid unless and until the Clinic was reimbursed.

6. There was no statement or indication by Applied in the Meeting that Applied was going to sue the Clinic on the XWrap Invoices. It was my understanding that Applied was not going to pursue any payment for the XWrap Invoices unless the Clinic was fully reimbursed by Medicare.

7. This Declaration is being executed pursuant to, 28 U.S.C. § 1746, and any other applicable law authorizing the use of an unsworn declaration.

Executed in Dallas, Texas, on March 17, 2026

*Thomas King*

Thomas King

# EXHIBIT A

